UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| RACHEL v. BRIAN, | Case No. 3:13-cv-00197-MMD-WGC |
| Plaintiff, | NOTICE |
| v. | |
| WINDMILL RIDGE, LLC, | |
| Defendant. | |

On October 20, 2013, plaintiff was directed to file a complaint within 30 days (dkt. no. 4), but has not done so. Plaintiff is provided an additional fifteen (15) days to file a complaint.  Failure to file a complaint by June 3, 2015, will result in dismissal of this action.

DATED THIS 19th day of May 2015.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE